JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENNHEISER ELECTRONIC CORPORATION, d/b/a SENNHEISER USA, a Delaware Corporation, and SENNHEISER ELECTRONIC GMBH & CO. KG, a German Limited Liability Company<br><br>Plaintiffs,<br><br>v.<br><br>DEVORAH TAUBER, an Individual, and Does 1-10, Inclusive,<br><br>Defendants. | Case No.: CV11-07878 JFW (FMOx)<br><br>**ORDER RE: STIPULATION OF DISMISSAL AS TO DEFENDANT DEVORAH TAUBER PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE *FEDERAL RULES OF CIVIL PROCEDURE*** |

Having considered the parties' Stipulation of Dismissal as to Defendant DEVORAH TAUBER ("TAUBER") pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, the Court hereby orders that this action be dismissed in its entirety, without prejudice, as to Defendant DEVORAH TAUBER with each party to bear its/his own attorneys' fees and costs.

IT IS SO ORDERED, ADJUDICATED and DECREED this 28th day of February, 2012..

_____
HON. JOHN F. WALTER
United States District Judge
Central District of California

- 1 -
**ORDER**